# EXHIBIT C

TOPIC: CAROL MCGUIRE     DATE: 6-6-19

FILE UNDER: ADA BURKE, ADA NADEAU, INV. MALOY, INV. MCHUGH     PAGE: 1535 HRS.

STOP + SHOP BY HOME DEPOT → THERE'S ONLY SIX

RT HAND TURN L/D ON FULTON

- TANK TOP -
- W/ M BLUE WORDS ON SHIRT W/ PRINCES OUTER IT.
- PANTS PROBABLY JEANS.

HE WORE BRACES YEARS AGO

I WAS OUTTERING JUST BULLSHIT.

---

WENT TO STOP + SHOP — PARKED CAR BY ATLANTIC + TERRACE
P/U BY TERRACE — DOOR BETWEEN JACKSON DOOR + MAIN DOOR

DROVE DOWN FULTON TO CATHEDRAL + WENT BACK
BEHIND BLDGS BY THE TRUCKS — THEY WERE ALWAYS
THERE.

JADE SAID AH FUCK THAT COP. — SLEWS IN F/O
ME + RAN. SHE KNOW THE CAR.
PROBABLY RAN TO 139 TERRACE —
I WAS THERE FOR A MOTHERS DAY DINNER.
BBS.

CAR PULLED UP WINDOW WENT DOWN
HE SAID CAROLINE — COME HERE —
HE SAID U KNOW WHO I AM — I STARTED
TO BABBLE + WALK — HE SAID COME HERE
I WANT TO TALK TO YOU. I DIDN'T KNOW
WHAT TO DO. HE SAID COME ON YOU CAN
GET IN OR I CAN TAKE YOU IN IN
CUFFS.
SEDAN. I GOT IN I DON'T
REMEMBER WHAT COLOR THE CAR WAS
OR ANYTHING ABOUT IT.
I DIDN'T KNOW WHAT HE WOULD DO. I DIDN'T
THINK HE'D DO WHAT HE DID.

I KNEW I SHOULD HAVE WENT TO THE HOSPITAL —
WHAT HE DID WAS NOT RIGHT. I SAT IN A PARKING
LOT FOR A FEW HOURS IT WAS RAINING. AFTER A WHILE
I LEFT.

IN PARKING LOT

HE DIDN'T SAY MUCH - ONLY - "THIS HAS BEEN
A LONG TIME COMING - I'VE BEEN WAITING TO DO THIS
TO U FOR 3 YEARS. SINCE I SAW YA WALKING DOWN
THE BLOCK IN THOSE BLACK BOOTS". SO U LIKE MEN GUYS?
THERE WERE NO MORE TALKING.

HE PULLED UP ON ME 1x BEFORE HE WAS DRUNK - HE
HAD BRACES. HE SAID C'MON GET IN THE CAR

SLOW DOWN + BREATHE
ST. BARNEY? DAWSON
HOSP + PATIO DOWN
BOBBY.

He's ARRESTED
ME TWICE
ALREADY. I LEFT MY
ONCE MY
PURSE/SON + WAS
ARRESTED +
I HAD A WARRANT.

I DIDN'T
RECOGNIZE IT
AS A POLICE
CAR.-
MAYBE HAD VICTIMA
HER MIRROR

3-23-2001
1849 TOMKIST
MARYA PARK

I ARREST:
I WAS STANDING
IN F/O THE 50 BLDG.
I WAS TALKING TO
SOME PEOPLE
JAKE + HIS BROTHER?
WALKED UP-
RAN MY NAME
+ FOUND I WAS
THE GIRL I WAS
WITH HAD A
WARRANT ALSO.
SHE TRIED TO
PUT CREDIT CARDS ON
ME.

2ND ARREST
SOME DUDE (FAYNE?)
ROSE ST. IN RIVERDALE
HOUSE HAS ALOT OF
KITSCH. HE SAID
HES A FUNDRAISER
FOR DEAF KIDS.
YOUR SIGHT WHAT
ARE U DOING OUT
HERE COME WORK
FOR ME

He offered
I TOOK
SOME STUFF
FROM HIS HOUSE
HE FIXED A POLICE
REPORT - STATE
I STOLE HIS TV
JAW CHAIN +
I RAN AWAY.
MONTHS LATER
AT MLK TUTU COLUMBIA
JAKE SAID ME + RATTLES?
ME ON THE COMPUTER
ANOTHER COP OFFICE TRINA
I WAS CURRENTLY MAKING IN
JAIL

He WANTED TO FUCK NOW. I TOLD HIM WE'D
GO TO MY HOUSE - I GAVE HIM THE WRONG ADDRESS
AND I RAN.

DO I RUN - NOT RUN - FUCK IT THIS BETTER
THAN JAIL.
                    He HAD A HUGE BRUISE
                    ALL HIS ARM.

INCIDENT: UNZIPPED HIS PANTS I GAVE HIM
A BLOW JOB. STARTED PISSED ME OFF.
GOT OUT OF THE CAR + OPENED MY DOOR
STAND UP - PULLED MY PANTS DOWN +
PUSHED MY FACE INTO THE SEAT HE DID
THE WORST THING THAT HE COULD DO.
I WAS IN PAIN HE WAS HURTING ME FIRST
WANTED IT TO BE OVER.
WHEN HE FINISHED HE GOT BACK IN THE CAR.
I GOT BACK IN THE CAR - HE SAID - DON'T LET
ME SEE YOU ON THE CORNERS

I TOLD HIM MY CAR WAS PARKED ON ATLANTIC
HE TOLD ME TO KEEP MY MOUTH SHUT - I DON'T
WANT TO HEAR NOTHING ABOUT NOTHING.

He LEFT ME OFF ON HOUSTON/JACKSON
He TURNS RT ON HILTON TURNS FULTON
He DRIVES DOWN MULFORD FROM ATLANTIC

MANY YEARS AGO COPS IN CI ASKED ME FOR SEX.
I WOULD RUN - NEVER OUT HERE.

ONLY OTHER COP I HEARD ABOUT WAS SAYING
SOMETHING LIKE THAT
SABINO- HE WOULD ASK HOW MUCH YOU CHARGE
+ HE WOULD TAKE A GIRL'S IN HIS CAR
TO THE GOLF COURSE. I RODE WITH HIM
ONCE IN HIS CAR.

LEVENGER.COM  800-544-0880

I KNEW WHAT YOU'R TALKIG ABOT

LABHOM A HOWARD

WHEN THT
OP SLAVS
RE HES
PAIS

KNEWS CAROL — GOT RAPEY
TLD ME ABOUT IT
ONE CRYING — TURNED HER
ON HER BACK — PSUS HER ESE HER HEAD
TLLY HER HE WAS A COP — & GOT HER PON RE
MONTH AGO MAY _ DALE
NOT SURE OF ANY = RAMY

SHE WAS SO SCARED THT
NO ONE WOLD BELIEVE HER
NO CONDOM —

SHE SAW HIS FACE — WHITE COP —

ACET OF OOPS ODNE UP HER — HOLLY —

SYBIL — IN PROGRAM.

LEVENGER.COM 800-544-0880



5:37PM Patrick Cooke.

Cooke advised that in regards to Jack
Gueroakian. A few years ago, 3 to 4 years ago,
after he came back from the car accident,
to something didn't heal right in his mouth
or jaw so he had to have something done
to the jaw and then had it wired shut
for a while until it set. Cooke remembered
this because of the earlier conversation of
Straces & he remembered for a while
Jack had to drink shakes and that's what
made him recall his jaw being wired
shut for a while.

5:42P Detective - Gavin Plaza

Patrick Cooke                                    6/19/19

10:24 Jock Guavehian - completely fucking crazy -
bad car accident 7 years ago - bad head trauma
assigned to CPOP - He has a dark side to
him. Hes been known to have relationships
- extra marital affair from w/ a woman in
Poste 4. Pat Mozza would know more about
him. Not aware of him having braces. Only
saw him when he came to range to train.
Had a flash back at range & he has a switch
that doesnt go off. Had problems before
the accident but is worse after the
accidents. Post 4 north of fulton & East
of Washington. NYPD at 9/11 - hes fucked
up. You can see theres something shady about
him. He got jammed up - re a complaint on
him. Some substance was found in investigate
by chiefs. Hes been a problem since hes been
on. Partnered w/ Eugene Este. Partnered
w/ Buccelato before that until his promotion.
Lives out east - w/ family - married w/
at least one daughter - lives in suffolk
somewhere. The complaint may have been
related to the woman on post 4. Danny Larkin
at the range is close w/ Guevehian. Mozza
has storys about him. Nickname is "Jock the
whacky". Mozza will know. Este may retire since Dixon
They don't want to go back to partrol.
10:35p Det Env Sain & She

Buccelato &
Guevehian take
trips & are dudly
buddies together

"8AM FRIDAY"

510 - T.B.
HAD 15 =
511 -

GOT TO HEMPSTEAD EARLY - - FRIENDS B/DAY 10TH SYBLS B/DAY
WE HUNG OUT - 139 TERRACE GAYLES HOUSE -
WE DRANK FOR HER BIRTHDAY - HAPPENS 11 15TH IN THE MORNING:

← GOT HOME MOTHERS DAY NIGHT IN FREEPORT →

SLEPT BUT DON'T KNOW WERE - NOT GAYLES MAYBE IN
MY CAR.

MISTY - MOMMY DAY - SAT IN ADVANCED AUTO PARTS
PARKING LOT FOR HOURS -
SAT IN AUTO PARTS STORE  ENANCE ON FRONT ST.-
       CALLED TONY   516 989 - 8554 - TONY BAILEY

MET TONY AT VALLEY - DREEBEY # - HAS A
WHITE NISSAN ROGUE - BY BRYN STORE. GAVE
ME 50-60 DOLLARS - AFTER INCIDENT - PRETTY
SURE.

TONY BAILEY - VALLEY STREAM - 5-6 YEARS - KNEW HER.
       TEXT/PHONE #  GREENS PKWY  6 7TH (EVERY AVENUE)  DAY BEFORE
                                                        GAVE HER
14                                                      5 DAY
ORLEENS         MAY 2019 = MOTHERS DAY WEEKEND    SHE NEEDS $   SLEEP
RD B.S          FOR A MOTHERS DAY DINNER AT SUEENS HOUSE  1/400C
                DAY AFTER MOTHERS DAY SHE CALLED WAS VERY  VERY
                UPSET. RACHEL CALLED AT TO ME EARLY IN AM → 2 or 3 ins
                DAY AFTER M.D. SHE SAID SHE NEEDS TO TELL ME
                SOMETHING - NOT ON PHONE -
FX2-478
          *     I MET HER SHE SAID SHE WAS RAPED  AT MY HOUSE
                VERY UPSET, CRYING, SHAKING. SHE SAID SHE   6-7pm
                COULDN'T GET INTO IT BECAUSE OF WHO.
                THE PERSON WAS - SHE LATER TOLD ME LATER
          *     WHO IT WAS - A DAY OR TWO LATER - SAID IT
                WAS A HEMPSTEAD POLICE OFFICER : NAME
                JACK OR JOHN - CAR HAD BACKED AT  MOTHERS
                WINDOWS - DARK COLORED CAR AT NIGHT    DAY
                TOOK HER TO A PARKING LOT BEHIND WELLS FARGO BANK
                MADE HER GET OUT OF THE CAR

Spoke to Tommy DiP    Before anyone

Toms DiPots — Lyndenhurst.

LEVENGER.COM  800-544-0880