EXHIBIT A



# Nassau County Crime Stoppers
1490 Franklin Ave., Mineola, NY 11501
PH:
### CONFIDENTIAL - DO NOT INCLUDE IN CASE FILE
TipSoft Generated Fact Sheet for Law Enforcement Use Only

| | | |
|---|---|---|
| TIP ID: | 2362 | RCVD:    9/23/2004 |
| ALT ID: | 2362 | DUE:    10/23/2004 |
| Call Taker: | Det Coffey | Time Taken: 12:15:31 PM |

| OFFENSE TYPE |
|---|
| **Police Complaint** |

| ASSIGNED TO | LOCATION |
|---|---|
| | Hempstead<br>293 E Columbia St. |

## NARRATIVE

Caller m/w 32 yrs states that a female he knows, Victoria f/w 50 yr. 293 E. Columbia St. informed him of the following incidents involving a Hempstead Police Officer. Caller states that on Sept 15, 2004, the above mentioned female called the police to her home at the above address regarding a domestic incident involving herself, her husband and her son. The caller stated that he was told that three uniformed Hempstead Police Officers responded. Caller did not mention the whereabouts of the son but stated that the husband was taken outside by the Officers. While this was going on, Officer # 185 m/w known as Jack went inside and said to the complainant (Victoria) "why are you messing with that loser , you'r so pretty". He then asked her to sit on his lap and also asked her to lift her shirt to check for bruises. While she was complying the caller states that he was rubbing his body against hers (did not state exactly how). Caller stated that Victoria had food in open view and Jack ate some of her food. Caller also stated that Jack let her touch his gun. He told her that he had two kids of his own. Caller said that Jack came back to her house the next day in uniform. He hugged and kissed her and told her that he would like to take her out sometime.

The caller refused to identify himself or provide a contact number.

The information is third party. Caller clearly states that this information is based on a conversation that he had with Victoria.

Caller stated that Victoria called Hempstead PD on the 21st. of Sept. regarding another incident and at that time she informed them of the situation with Jack but she did not feel that the incident was being looked into.

Caller stated that he called Hempstead PD and called the District Attorney's Office. He stated that the District Attorney's Office told him to call Crime Stoppers.

Caller does know last name of Victoria and does not know her phone number.