

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

October 15, 2025

**VIA ECF ONLY**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re.:    *McGuire v. Inc. Village of Hempstead*
              2:20-cv-02117 (NJC)(JMW)
              *Pruitte v. Inc. Village of Hempstead*
              2:22-cv-03671 (NJC)(JMW)

Dear Judge Wicks:

      Horn Wright, LLP represents Plaintiffs Carol McGuire and Regina Pruitte ("Plaintiffs") in connection with the above-referenced matters. The present submission is a joint submission.

      Pursuant to the Court's pre-trial scheduling order, the parties were to submit a joint introductory statement to the Court. However, Plaintiffs and Defendant Guevrekian are unable to agree to certain language within the statement. Village Defendants have taken no position on the present dispute.

      The portion in dispute is as follows:

<u>Plaintiffs Proposed Language</u>
      Defendant Guevrekian has issued a general denial of any wrongdoing, however he has asserted his fifth amendment right and chose not to testify regarding the facts and allegations asserted by Plaintiffs.

<u>Defendant Guevrekian's Proposed Language</u>
      Defendant Guevrekian denies the Plaintiffs' allegations and asserts that Plaintiffs' civil rights were not violated and he did not commit any New York torts.

      All other portions to the proposed joint statement are agreed upon by the parties. For the Court's convenience, a marked version of the joint statement is annexed hereto.

Hon. James M. Wicks<br>
October 15, 2025<br>
Page 2

Thanking the Court for its time and consideration, I remain

        Respectfully,
        **HORN WRIGHT, LLP**

By:   */S Pablo A. Fernandez*
      Pablo A. Fernandez

cc:   All Parties (Via ECF Only)