We are here in connection with two cases, one commenced by Plaintiff Carol McGuire and another commenced by Plaintiff Regina Pruitte. Both cases involve the same Defendants—Village of Hempstead, Village of Hempstead Police Department, Former Village of Hempstead Police Chief Paul Johnson (which, for simplicity, I will refer to as the "Village Defendants"), and Former Village of Hempstead Police Officer Jack Guevrekian.

Plaintiffs both allege that Defendant Guevrekian sexually assaulted them, which they allege violated their constitutional rights under the Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution. They also allege intentional torts under New York law. Plaintiffs also contend that the Village Defendants are liable because of a policy or practice at Village of Hempstead Police Department caused the alleged violations of their constitutional rights, and that the Village Defendants were otherwise negligent in hiring, retaining, training, and supervising Defendant Guevrekian.

Defendant Guevrekian denies the Plaintiffs' allegations and asserts that Plaintiffs' civil rights were not violated and he did not commit any New York torts. ~~has issued a general denial of denies any wrongdoing, however he has asserted his fifth amendment right and chose not to testify regarding the facts and allegations asserted by Plaintiffs.~~

The Village Defendants deny that there was any improper pattern or practice at the Village of Hempstead Police Department, and that no such pattern or practice of the Village of Hempstead Police Department caused any harm to Plaintiffs. The Village Defendants also deny having knowledge of any propensity by Defendant Guevrekian to engage in the type of conduct he is alleged to have engaged in.