

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**William J. Garry**
Member
Direct: 516.880.8490
Fax: 516.880.8483
wgarry@harrisbeachmurtha.com

October 22, 2025

**VIA NYSCEF**

Hon. James M. Wicks
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120l

    Re:  *McGuire v. Inc. Village Hempstead, et al.* – Case No. 20-cv-02117 (JMA)(JMW)
          *Pruitte v. Inc. Village of Hempstead, et al.* – Case No. 22-cv-03671 (JMA)(JMW)

Dear Judge Wicks:

    Our office represents the Defendants, Village of Hempstead, Village of Hempstead Police Department and Village of Hempstead Police Chief Paul Johnson (the "Village Defendants"). I write to inform the Court that the Village Defendants' witnesses, Derek Warner, Edward Deutcsh, Kevin Colgan, Vito Buccellato, Jr., Eugene Este and Paul Johnson will appear in person to present testimony to the jury.

    Thank you.

                                    Respectfully submitted,

                                    */s/ William J. Garry*

                                    By: William J. Garry, Esq.

WJG:ya

cc:    Counsel of Record *(via NYSCEF)*