

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Dial: 516.355.9628
Direct Fax: 516.355.9660
paf@hornwright.com

**Pablo A. Fernandez, Esq.**
Partner

October 22, 2025

**VIA ECF ONLY**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re.:** *McGuire v. Inc. Village of Hempstead*
       2:20-cv-02117 (JMW)
      *Pruitte v. Inc. Village of Hempstead*
       2:22-cv-03671 (JMW)

Dear Judge Wicks:

  Horn Wright, LLP represents Plaintiffs Carol McGuire and Regina Pruitte in connection with the above-referenced matters. I write to inform the Court that Plaintiffs' witnesses *i.e.* Carol McGuire, Regina Pruitte, Paul Johnson, Derek Warner, Edward Deutcsh, Patrick Mazza, Patrick Cooke, Louis Arcilla, Kevin Colgan, Robert McHugh, and Crissana Goldfarb are anticipated to appear in person to present testimony to the jury

  Thanking the Court for its time and consideration, I remain

            Respectfully,
            **HORN WRIGHT, LLP**

      By: */s/ Pablo A. Fernandez*
         Pablo A. Fernandez

cc:  All Parties (via ECF Only)